JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION M., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security. <br><br> Defendant. | Case No. 2:24-cv-10709-MBK <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's order.

DATE: 09/11/2025

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE